IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CURTIS L. SPARKS, JR., )
)
      Petitioner, )
)
vs )  CIVIL ACTION NO. 03-BE-0977-S
)
SHERIFF CHRIS CURRY, et al, )
)
      Respondent(s). )

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to completely exhaust his state court remedies. An appropriate order will be entered.

DONE, this 26th day of August, 2003.

KARON O. BOWDRE,
UNITED STATES DISTRICT JUDGE